| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Rawsthorne<br>Special Agent: Thompson-FBI | Telephone: (810) 766-5177<br>Telephone: (810) 239-5775 |
|---|---|---|

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
   v.
Thomas Jeffrey Gilbert

Case: 4:25-mj-30478
Judge: Ivy, Curtis
Filed: 07-25-2025

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 6, 2025__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Justin Thompson, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 25, 2025

_____
*Judge's signature*

City and state: Flint, Michigan

Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A CRIMINAL COMPLAINT
# AND ARREST WARRANT

I, Justin M. Thompson, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), United States Department of Justice (DOJ). I have been so employed since March 2024. I am currently assigned to the FBI's Detroit Division, Flint Resident Agency (FLRA) as a member of the Northeast Michigan Trafficking and Exploitation Crimes Task Force (NEMTEC) which is a Federal Bureau of Investigation (FBI) managed task force. It is tasked with addressing Crimes Against Children and Human Trafficking threats in coordination and cooperation with its local and state partners. I was previously employee as a police officer for Livonia Police Department for eleven years. During my previous employment, I was assigned and investigated numerous criminal cases including investigations involving child victims. As part of my employment, I have received training in and been involved in investigations regarding human trafficking, exploitation of children, drug trafficking, money laundering, threats, financial crimes, crimes involving gang related activities, child pornography and other violations of federal law. I have been involved with several investigations regarding child pornography and the

1

exploitation of children through the internet. I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for Thomas Jeffrey Gilbert for violations of 18 U.S.C. § 2252A(a)(2), relating to distribution of child pornography, and 18 U.S.C. § 2252A(a)(5)(B), relating to the possession of child pornography.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information made available to me by other law enforcement professionals. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint and arrest warrant.

4. On July 24, 2025, the FBI received information from Michigan State Police (MSP) of an individual who distributed child pornography through the internet utilizing BitTorrent that resides in Michigan.

5. On Sunday, July 6, 2025, MSP Detective Seargeant Lauren Centor was conducting an online investigation on the BitTorrent network for offenders sharing

child pornography. An investigation was initiated for a device at IP address 24.247.209.188, because it was associated with a torrent with the infohash: e673d011fc94864fa169e81ad0287e4d7b78a219. This torrent file references 535 files, at least one of which was identified as being a file of investigative interest to child pornography investigations. Using a computer running investigative BitTorrent software, a direct connection was made to the device at IP address 24.247.209.188, hereinafter referred to as "Suspect Device." The Suspect Device reported it was using BitTorrent client software -UT82Q0- libtorrent/1.2.2.0. On Sunday, July 6, 2025, between 0020 hrs and 0114 hrs, a download was successfully completed of 64 file(s) that the device at IP address 24.247.209.188 was making available. The device at IP Address 24.247.209.188, port 42585 was the sole candidate for each download, and as such, each file was downloaded directly from this IP Address. A majority of the files the suspect device shared to the investigative computer depicted child sexually abusive material (CSAM) and met the federal definition of child pornography. For instance, one file:

> **File Name**: toddler being fucked by man 78678(2)(2)(2).mpg
>
> **Description**: This video file is approximately 7 seconds in length. The video depicts a naked adult male with an erect penis sitting down. A young naked

3

child, approximately 3-7 years old, sitting on top of the adult males lap and being penetrated by the males penis.

6. Through a database search, MSP determined the internet service provider (ISP) for IP address 24.247.209.188 was Charter Communications.

7. On July 10, 2025, MSP executed a search warrant on ISP Charter Communications for IP address 24.247.209.188 and determined the subscriber was Thomas Gilbert and the account address was an address in Fenton, Michigan.

8. MSP submitted 500 hash values from the downloaded CSAM files to National Center for Missing and Exploited Children (NCMEC) to attempt to identify victims, 51 hash values were previously identified children, and 151 hash values were recognized CSAM.

9. MSP conducted a records check and determined that Thomas Jeffrey Gilbert, date of birth (DOB) ***** 1977, was registered to the same address in Fenton, Michigan as the address provided by Charter Communications. The records check additionally showed Thomas Gilbert was fingerprinted for a childcare center license through the State of Michigan.

10. On July 24, 2025, MSP executed a search warrant at the Fenton, Michigan address. Thomas Jeffrey Gilbert was located at the residence at the time of the search warrant. MSP seized five electronic devices from the residence.

11.     Following the execution of the search warrant, Thomas Gilbert was interviewed. Within the interview, Gilbert admitted to using BitTorrent, conducting searches through BitTorrent for child pornography, and observing CSAM through BitTorrent. Gilbert knew the function involved to turn sharing on and off and denied that he had it on when he possessed child pornography. However, child pornography was downloaded from Gilbert on three separate dates, undercutting that claim.

12.     Based on the aforementioned facts, there is probable cause to believe that Thomas Jeffrey Gilbert committed violations of 18 U.S.C. § 2252A(a)(2), relating to distribution of child pornography, and 18 U.S.C. § 2252A(a)(5)(B), relating to the possession of child pornography, on July 6, 2025.

_____
Justin M. Thompson
Special Agent

Sworn to before me and signed in my presence
and/or by reliable electronic means on  July 25, 2025            .

_____
Curtis Ivy, Jr.
United States Magistrate Judge